■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH MEMMINGER, Appellant.—Motion by the appellant *pro se* for leave to serve and file a *pro se* supplemental brief on the appeal from a judgment of the Supreme Court, Queens County (Leahy, J.), rendered April 3, 1984, and to be furnished with certain documents in connection with that appeal.

Ordered that the motion is denied.

The judgment in question has been reversed *(see, People v*

*Memminger,* 126 AD2d 752 [decided herewith]). Brown, J. P., Rubin, Kooper and Sullivan, JJ., concur.